358 A.2d 83
Commonwealth v. McLellan, Appellant.

Argued April 13, 1976. Alan J. Scheimer, with him Greenfield & Minsky, for appellant; Charles W. Johns, Assistant District Attorney, with him Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 67
Commonwealth v. Marshall, Appellant.

Argued April 16, 1976. Simon B. John, Assistant Public Defender, for appellant; Joseph E. Ferens, Jr., Assistant District Attorney, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.